## BAUER v. TOWNSHIP OF REDFORD.

APPEAL AND ERROR—CONSENT DECREE IN SUPREME COURT—AMBIGUITY —REHEARING.

> Rehearing is granted for ambiguity in consent decree which had been entered in Supreme Court based upon stipulation of the parties, 60 days being granted within which to file supplemental briefs.

Appeal from Wayne; Wise (John M.), J.   Submitted October 13, 1961.   (Docket No. 73, Calendar No. 48,839.)

---

REFERENCES FOR POINTS IN HEADNOTES
3 Am Jur, Appeal and Error §§ 798, 799.

Bill by Norman C. Bauer and Elsie Bauer against the Township of Redford and certain of its officials to enjoin enforcement of zoning ordinance in reliance on a consent decree entered in Supreme Court in a similar case on appeal. Temporary injunction dismissed. Plaintiff appeals. *Sua sponte* order of Court entered November 30, 1961, holding appeal in abeyance and granting rehearing in original appeal.

*Dale D. Libby* and *Herbert H. Schoenberg,* for plaintiffs.

*Kasoff & Young,* for defendants.

PER CURIAM. On motion of the Court, rehearing is hereby granted in Bauer *v.* Township of Redford, No. 14—October, 1959, because of alleged ambiguity in decree entered December 11, 1959, based on stipulation of parties. Further, decision in the above-styled appeal is hereby postponed pending further action in the original-case. Further, parties in the original case are hereby granted 60 days in which to submit supplemental briefs.

DETHMERS, C. J., and CARR, KELLY, BLACK, EDWARDS, KAVANAGH, SOURIS, and OTIS M. SMITH, JJ., concurred.